**SAO**
Lawrence T. Osuch, Esq.
California Bar No.: 69249
Robert B. Gerard, Esq.
California Bar No.: 96296
**GERARD & OSUCH, LLP**
1516 Front Street
San Diego, California 92101
Telephone:	(619) 232-2828
Facsimile:	(619) 232-4129
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use of, BULL FENCE, INC., a California Corporation, <br><br> Plaintiffs, <br> vs. <br><br> RICO INC., a California Corporation, doing business as Rico Painting & Construction; MIGUEL ROBERTO GUITIERREZ RICO, individually and doing business as Rico Painting; KATHRYN B. ALLAN, an individual; INDIVIDUAL SURETY, LTD., a business organization, form unknown; DOE INDIVIDUALS 1-20; and ROE BUSINESS 1-20 or GOVERNMENTAL ENTITIES 1-20. <br><br> Defendants. | Case No.: #2:06-CV-02237-DFL-GGH <br><br> **STIPULATION AND ORDER FOR AN EXTENSION OF 60 DAYS FOR KATHRYN B. ALLAN TO ANSWER THE FIRST AMENDED COMPLAINT** |

**STIPULATION AND ORDER FOR AN EXTENSION OF 60 DAYS FOR KATHRYN B. ALLAN TO ANSWER THE FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 6-144 (a) Plaintiff and Kathryn B. Allan of 5940 E. West Miramar Dr., Tucson, Arizona ("Ms. Allan") HEREBY STIPULATE to an extension of not more than 30 days for Ms. Allan to answer the First Amended Complaint (the "Complaint").

In addition, pursuant to Local Rule 6-144(b), the Plaintiff and Ms. Allan HEREBY STIPULATE and jointly petition the court for an additional 30 days for Ms. Allan to answer the Complaint for a total extension of 60 days.  As reasons therefore, the parties state as follows:

1.  In late December 2006, a Summons and Complaint in the above referenced matter were delivered to Kathryn B. Allan of 5940 E. West Miramar Drive., Tucson, Arizona, in an attempt to affect service.

2.  On January 2, 2007, a representative of Ms. Allan contacted Plaintiff's counsel in an effort to notify us that Ms. Allan was unfamiliar with the individuals and facts set forth in the Complaint.

3.  Ms. Allan provided Plaintiff's counsel with an affidavit stating she is not the "Kathryn B. Allan" described and identified in the Complaint despite sharing the same name with the proper party.  A copy of the Affidavit Ms. Allan provided is attached hereto as Exhibit A.

4.  Accordingly, the parties request an extension of 30 days to investigate this matter and ascertain whether or not the correct Kathryn B. Allan, who provided the surety at issue in the Complaint, was served, and to allow her additional time to answer the Complaint accordingly.

5.  In addition, should it be determined that the incorrect Kathryn B. Allan was served, Plaintiffs request an additional 30 days, for a total extension of 60 days, to investigate, locate, and serve the proper party defendant.

WHEREFORE, the Plaintiff and Kathryn B. Allan of 5940 E. West Miramar Dr., Tucson, Arizona jointly request that the Court allow this Stipulation and Proposed Order to investigate the identity of the Kathryn B. Allan that was served, and allow additional time to locate the proper party defendant should it be determined that service on this individual was in error.

//

//

DATED this _____ day of January, 2007.

Respectfully submitted by:

_____         _____
Lawrence T. Osuch, Esq.                    Kathryn B. Allan
GERARD & OSUCH, LLP                        5940 E. West Miramar Dr.
2840 South Jones Blvd.                     Tucson, AZ 85715
Building D, Suite 4                        *Pro Se*
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:   (702) 251-0094
Attorneys for Plaintiff

Pursuant to the Stipulation and Order between Plaintiff's counsel and Kathryn B. Allan, it is hereby ordered that an extension of 60 days be granted for Kathryn B. Allan to answer the Complaint.

    IT IS HEREBY ORDERED THIS 15 day of January, 2007.

_____
DAVID F. LEVI
United States District Judge

Respectfully Submitted by:

GERARD & OSUCH, LLP

_____
Lawrence T. Osuch, Esq.
Nevada State Bar #006771
GERARD & OSUCH, LLP
2840 South Jones Blvd.
Building D, Suite 4
Las Vegas, Nevada 89146
Telephone:  (702) 251-0093
Facsimile:  (702) 251-0094